# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

EUGENE SCALIA,　　　　　　　　　　　　)
SECRETARY OF LABOR,　　　　　　　　　)
UNITED STATES DEPARTMENT OF LABOR, )
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　　　)　Civil Action No. 19-00372
　　　　　　　　　　　　　　　　　　　)
AA TO ZZ CHILD CARE AND LEARNING　)
CENTER, INC.　　　　　　　　　　　　)
d/b/a AA TO ZZ CHILD CARE, a corporation; )
ASHLEIGH ZIMMERMAN and　　　　　　)
RYAN ZIMMERMAN　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　Defendants.　　　　　)
　　　　　　　　　　　　　　　　　　　)

## CONSENT JUDGMENT

Plaintiff, Secretary of Labor, United States Department of Labor, hereinafter

referred to as "Plaintiff" or "the Secretary," has filed his Complaint alleging

violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201, et seq.

(hereinafter "the Act").  Defendants named above, hereinafter referred to as

"Defendants" or "Employers," have appeared by counsel, and waive any defense

which they may have and hereby agree to the entry of this Consent Judgment

without contest.  It is, therefore, upon motion of the attorneys for Plaintiff and for

cause shown:

ORDERED, ADJUDGED, AND DECREED that Defendants, their officers, agents, servants, and all persons acting or claiming to act on their behalf and interest be, and they hereby are, permanently enjoined and restrained from violating the provisions of Sections 6, 7, 11(c), and 15 of the Act, in any manner, specifically:

1.     Defendants shall not, contrary to Section 6 of the Act, pay to any of their employees who in any workweek are engaged in commerce or in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, wages at rates less than those which are now, or which in the future may become, applicable under Sections 6 and 15(a)(2) of the Act.

2.     Defendants shall not, contrary to Section 7 of the Act, employ any of their employees including, but not limited to, any of their employees working at (1) 215 St. Charles Way, York, PA; (2) 2498 W. Philadelphia St., York, PA; (3) 391 Schaffner Dr., Harrisburg, PA; (4) 817 E. Arch St., Palmyra, PA; (5) 3350 Alta Vista Rd., Dover, PA; (6) 5120 Lancaster St., Harrisburg, PA; (7) 40 S. John St., Hummelstown, PA; (8) 88 S. Hershey Rd., Harrisburg, PA; or at any business location owned, operated, and/or controlled by Defendants, and at any other business location at which their employees perform work, in any workweek when they are engaged in commerce or employed in an enterprise

engaged in commerce, within the meaning of the Act, for workweeks longer than the hours now, or which in the future become, applicable under Sections 7 and 15(a)(2) of the Act, unless the said employees receive compensation for their employment in excess of the prescribed hours at a rate equivalent to one and one-half times the regular rates applicable to them.

3.     Defendants shall not fail to make, keep, and preserve adequate records of their employees and of the wages, hours, and other conditions and practices of employment maintained by them including, but not limited to, any of their employees working at the following locations: (1) 215 St. Charles Way, York, PA; (2) 2498 W. Philadelphia St., York, PA; (3) 391 Schaffner Dr., Harrisburg, PA; (4) 817 E. Arch St., Palmyra, PA; (5) 3350 Alta Vista Rd., Dover, PA; (6) 5120 Lancaster St., Harrisburg, PA; (7) 40 S. John St., Hummelstown, PA; (8) 88 S. Hershey Rd., Harrisburg, PA, or at any business location owned, operated, and/or controlled by Defendants, and at any other business location at which their employees perform work, as prescribed by the Regulations issued pursuant to Section 11(c) and 15(a)(5) of the Act and found at 29 C.F.R. Part 516.

4.     Defendants shall not discharge or take any retaliatory action against any of their employees, whether or not directly employed by Defendants, because the employee engages in any of the following activities pursuant to Section 15(a)(3) of the Act:

3

i.      Discloses, or threatens to disclose, to a supervisor or to a public agency, any activity, policy, or practice of the or another employer, with whom there is a business relationship, that the employee reasonably believes is in violation of the Act, or a rule or regulation promulgated pursuant to the Act;

ii.      Provides information to, or testifies before, any public agency or entity conducting an investigation, hearing or inquiry into any alleged violation of the Act, or a rule or regulation promulgated pursuant to the Act, by the Employers or another employer with whom there is a business relationship;

iii.      Objects to, or refuses to participate in any activity, policy or practice which the employee reasonably believes is in violation of the Act, or a rule or regulation promulgated pursuant to the Act.

It is further ORDERED, ADJUDGED and DECREED by the Court that:

5.      Defendants are enjoined and restrained from withholding gross back wages in the sum total amount $131,500, and are jointly and severally liable for the payment of $131,500 in liquidated damages, due certain employees and former employees of Defendants set forth and identified in Schedule A, which is attached as Exhibit A hereto and made a part hereof.

6.      Regarding the matter of the civil money penalty, Defendants have agreed that the amount currently due and payable is $37,000, that they are jointly and severally liable for this amount, that such assessment has become the final

order of the Secretary of the Department of Labor, and that they waive any and all rights to appeal or contest such assessment.   As such, Defendants shall pay pursuant to Section 16(e) of the Act, a civil money penalty in the amount of $37,000 no later than thirty days (30) days after the entry of this Consent Judgment.  Payment may be made online by ACH transfer, credit card, or debit card by going to https://www.pay.gov/public/form/start/77734139 or www.pay.gov.  Alternatively, payment may be made by certified check, bank check, or money order, payable to "Wage and Hour Division, U.S. Department of Labor," and mailed to the Northeast Regional Office, The Curtis Center, Suite 850 West, 170 S. Independence Mall West, Philadelphia, PA 19106-3323.

7.     Defendants shall pay gross back wages and liquidated damages in the total amount of $263,000, for violations of the overtime and minimum wage provisions of the Act by Defendants alleged to have occurred during the period beginning May 20, 2015, through at least May 19, 2018, ("relevant period").  This amount shall represent the full extent of back wages and liquidated damages owed by Defendants for the relevant period to the employees set forth and identified on the attached Schedule A. It is further agreed that the minimum wage and overtime compensation and liquidated damage payments by the Defendants in the amounts as specified above are in the nature of back wages and liquidated damages pursuant to the provisions of the Act.  Defendants shall remain responsible for all tax

payments considered to be the "employer's share," including, but not limited to, FICA.

i.      The provisions of this Consent Judgment relative to back wage and liquidated damages payments shall be deemed satisfied when Defendants deliver to the designated representatives of the Plaintiff payment in the amount of $263,000 within thirty (30) days of the entry of this Judgment by the Court. Payment may be made online by ACH transfer, credit card, or debit card by going to https://www.pay.gov/public/form/start/77689032  or www.pay.gov. Alternatively, payment may be in the form of a certified check, bank check, or money order made payable to the order of "**Wage and Hour Division – Labor**," and mailed to:

**U.S. Department of Labor, Wage & Hour Division**
**The Curtis Center, Suite 850 West**
**170 South Independence Mall West**
**Philadelphia, PA  19106-3317**

The check or money order shall bear the following reference: **1842043, 1853331, 1853320, 1852109, 1852107, 1853335, 1853326, 1853310.**

ii.      The Secretary, through the Wage and Hour Division, shall distribute the back wages (less any applicable federal taxes, withholdings, and deductions) and liquidated damages payments to the employees and former employees, or to their estates, as set forth in Schedule A.  Schedule A will show for each individual the gross back pay due (subject to applicable legal deductions), and

liquidated damages.  Any sums not distributed to the employees or former

employees on Schedule A, or to their estates, because of inability to locate the

proper persons or because of such persons' refusal to accept such sums, shall be

deposited with the Treasurer of the United States pursuant to 29 U.S.C § 216(c).

      iii.    To the best of their ability and based upon information it

currently has in its possession, Defendants shall provide to Plaintiff the social

security number and last known address of each employee or former employee due

money under this Consent Judgment at the time of the initial lump sum payment.

      iv.    The provisions of this Consent Judgment shall not in any way

affect any legal right of any individual not named in Schedule A, nor shall the

provisions in any way affect any legal right of any individual named in Schedule A

to file any action against Defendants for any violations alleged to have occurred

outside the relevant period.

    8.    Neither Defendants nor anyone on their behalf shall directly or

indirectly solicit or accept the return or refusal of any sums paid under this

Consent Judgment.  Any such amount shall be immediately paid to the Secretary

for deposit as above, and Defendants shall have no further obligations with respect

to such returned monies.  If recovered wages have not been claimed by the

employee or the employee's estate within three years of the entry of this Consent

Judgment, the Secretary shall deposit such money with the Treasury in accordance

7

with Section 16(c) of the Act.

9.      Further, the parties agree that the instant action is deemed to solely

cover Defendants' business and operations for the relevant period for all claims

raised in the Complaint as a result of the Secretary's investigation.  The parties

agree that the filing of this action and the provisions of this Judgment shall not, in

any way, affect, determine, or prejudice any and all rights of any person

specifically named on Schedule A or the Secretary for any period after May 19,

2018, or any persons, be they current or former employees, not specifically named

on Schedule A, insofar as such rights are conferred and reserved to said

employees by reason of Section 16(b) of the Act

10.      Defendants agree that they are employers within the meaning of

Section 3(d) of the Fair Labor Standards Act, 29 U.S.C. § 203(d).

11.      By entering into this Consent Judgment, Plaintiff does not waive his

right to conduct future investigations of Defendants under the provisions of the

FLSA and to take appropriate enforcement action, including assessment of civil

money penalties pursuant to Section 16(e) of the FLSA, with respect to any

violations disclosed by such investigations.

It is FURTHER, ORDERED, ADJUDGED, AND DECREED that each party will bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding including, but not limited to, attorney fees which may be available under the Equal Access to Justice Act, as amended.

/s/Christopher C. Conner
Christopher C. Conner
UNITED STATES DISTRICT JUDGE

Dated: _____June 30_____, 2020.

Defendants hereby consent to the entry
of this Judgment.

For Defendants AA to ZZ Child Care and
Learning Center, Inc., and Ryan
Zimmerman

_____
Ryan Zimmerman, individually
and as owner of AA to ZZ Child Care and
Learning Center, Inc.

Defendant Ashleigh Zimmerman:

_____
Ashleigh Zimmerman, individually
and as owner of AA to ZZ Child Care and
Learning Center, Inc.

/s/ Michael Follett
_____
Michael Follett
Naulty, Scaricamazza & McDevitt, LLC
750 One Penn Center
Philadelphia, PA  19103-1818
(215) 568-5116
(215) 568-2077 (Fax)
(267) 238-1900 (Direct dial)

Attorney for Defendants

For the Secretary:

Kate S. O'Scannlain
Solicitor of Labor

Oscar L. Hampton III
Regional Solicitor

MARIA DEL PILAR     Digitally signed by MARIA DEL
CASTILLO            PILAR CASTILLO
                    Date: 2020.06.23 09:25:54 -04'00'
_____
M. del Pilar Castillo
Attorney
PA ID #311251

U.S. Department of Labor
Office of the Solicitor, Region III
Suite 630E, The Curtis Center
170 S. Independence Mall West
Philadelphia, PA 19106-3306
215-861-5186 (phone)
215-861-5162 (fax)
Castillo.m.pilar@dol.gov
U.S. DEPARTMENT OF LABOR

Attorneys for Plaintiff

**Schedule A**

AA to ZZ

| Location | Back wages | LDS |
|---|---|---|
| Queen St | $ 6,774.16 | $ 6,774.16 |
| Schaffner | $ 21,565.88 | $ 21,565.88 |
| Dover | $ 16,187.64 | $ 16,187.64 |
| Rt 39 | $ 12,789.40 | $ 12,789.40 |
| Palmyra | $ 18,329.18 | $ 18,329.18 |
| WY | $ 19,619.06 | $ 19,619.06 |
| Hummelstown | $ 20,699.27 | $ 20,699.27 |
| Swatara | $ 15,535.40 | $ 15,535.40 |
| | | |
| Total | $ 131,500.00 | $ 131,500.00 |

**Schedule A**

**Location: Queen St**
**Case ID. 1853331**

| Employee | BWs | | LD's | | Total | |
|---|---|---|---|---|---|---|
| Rebecca Blakesley | $ | 118.30 | $ | 118.30 | $ | 236.60 |
| Bethany Blevins | $ | 26.10 | $ | 26.10 | $ | 52.20 |
| Gloria Brown | $ | 31.58 | $ | 31.58 | $ | 63.16 |
| Sara Bush | $ | 85.49 | $ | 85.49 | $ | 170.98 |
| Julie Cox | $ | 201.69 | $ | 201.69 | $ | 403.38 |
| Amy Fleming | $ | 1,130.94 | $ | 1,130.94 | $ | 2,261.88 |
| Julie Folkenroth | $ | 188.84 | $ | 188.84 | $ | 377.68 |
| Stacey Frankel | $ | 435.07 | $ | 435.07 | $ | 870.14 |
| Michelle Hamm | $ | 338.80 | $ | 338.80 | $ | 677.60 |
| Katie Hostetler | $ | 36.46 | $ | 36.46 | $ | 72.92 |
| Whitney Leppo | $ | 192.86 | $ | 192.86 | $ | 385.72 |
| Tammy Miller | $ | 155.46 | $ | 155.46 | $ | 310.92 |
| Denise Myers | $ | 206.87 | $ | 206.87 | $ | 413.74 |
| Tammy O'Neil | $ | 732.29 | $ | 732.29 | $ | 1,464.58 |
| Annamarie Pillitteri | $ | 274.79 | $ | 274.79 | $ | 549.58 |
| Jennipher Ralston | $ | 453.25 | $ | 453.25 | $ | 906.50 |
| LaTia Reynolds | $ | 528.66 | $ | 528.66 | $ | 1,057.32 |
| Linda Sentz | $ | 616.54 | $ | 616.54 | $ | 1,233.08 |
| Melinda Steinke | $ | 255.09 | $ | 255.09 | $ | 510.18 |
| Vickie L Wooditch | $ | 765.08 | $ | 765.08 | $ | 1,530.16 |
| | | | | | | |
| Total: | $ | 6,774.16 | $ | 6,774.16 | $ | 13,548.32 |

**Schedule A**

**Location: Schaffner**

**Case ID. 1852109**

| Employee | BWs | | LD's | | Total | |
|---|---|---|---|---|---|---|
| Jennifer Blackston | $ | 25.58 | $ | 25.58 | $ | 51.15 |
| Randi Bateman | $ | 3,334.64 | $ | 3,334.64 | $ | 6,669.27 |
| Ayssa Benevento | $ | 197.80 | $ | 197.80 | $ | 395.59 |
| Ashtyn Blouch | $ | 266.25 | $ | 266.25 | $ | 532.50 |
| Kimberly Buhrer | $ | 354.38 | $ | 354.38 | $ | 708.76 |
| Aubrey Cullen | $ | 60.03 | $ | 60.03 | $ | 120.06 |
| Teisha Eismann | $ | 146.69 | $ | 146.69 | $ | 293.38 |
| Gallman | $ | 1,480.48 | $ | 1,480.48 | $ | 2,960.96 |
| Katie Gaul | $ | 1,677.53 | $ | 1,677.53 | $ | 3,355.06 |
| Gail Hall-Brunner | $ | 368.23 | $ | 368.23 | $ | 736.46 |
| Kasey Howell | $ | 32.13 | $ | 32.13 | $ | 64.26 |
| Shannon Johnson | $ | 364.19 | $ | 364.19 | $ | 728.39 |
| Lily Klos | $ | 53.49 | $ | 53.49 | $ | 106.98 |
| Andrew Knoble | $ | 465.38 | $ | 465.38 | $ | 930.77 |
| Lynn Lee | $ | 640.87 | $ | 640.87 | $ | 1,281.73 |
| Heather Laudenslager | $ | 2,420.05 | $ | 2,420.05 | $ | 4,840.09 |
| Molly Losey | $ | 144.17 | $ | 144.17 | $ | 288.34 |
| Joyce Meacham | $ | 1,258.95 | $ | 1,258.95 | $ | 2,517.90 |
| Jenna Minton | $ | 386.22 | $ | 386.22 | $ | 772.43 |
| Elizabeth Morris | $ | 29.88 | $ | 29.88 | $ | 59.76 |
| Dung Pham | $ | 161.13 | $ | 161.13 | $ | 322.27 |
| Jacqueline Rys | $ | 3,391.65 | $ | 3,391.65 | $ | 6,783.30 |
| Lyndseay Robertson | $ | 479.07 | $ | 479.07 | $ | 958.13 |
| Stephanie Sassani | $ | 2,006.81 | $ | 2,006.81 | $ | 4,013.63 |
| Emily Speck | $ | 150.36 | $ | 150.36 | $ | 300.72 |
| Fabiola Torres-Quevedo | $ | 248.30 | $ | 248.30 | $ | 496.60 |
| Rhonda Sims | $ | 82.94 | $ | 82.94 | $ | 165.88 |
| Stephanie Vargo | $ | 210.67 | $ | 210.67 | $ | 421.34 |
| Myranda Wallish | $ | 400.78 | $ | 400.78 | $ | 801.57 |
| Laura White | $ | 552.62 | $ | 552.62 | $ | 1,105.24 |
| Meredith Womer | $ | 23.62 | $ | 23.62 | $ | 47.24 |
| Emily Willis | $ | 151.00 | $ | 151.00 | $ | 301.99 |
| Total | $ | 21,565.88 | $ | 21,565.88 | $ | 43,131.75 |

**Schedule A**

**Location: Dover**

**Case ID. 1853310**

| Employee | BWs | | LD's | | Total | |
|---|---|---|---|---|---|---|
| **Sheila Stewart** | $ | 41.97 | $ | 41.97 | $ | 83.94 |
| **Christie Bream** | $ | 555.73 | $ | 555.73 | $ | 1,111.46 |
| **Stacy Compton** | $ | 934.81 | $ | 934.81 | $ | 1,869.62 |
| **Amy Erb** | $ | 1,459.06 | $ | 1,459.06 | $ | 2,918.12 |
| **Brandy Crider** | $ | 1,318.46 | $ | 1,318.46 | $ | 2,636.92 |
| **Renee Hoyme** | $ | 642.82 | $ | 642.82 | $ | 1,285.64 |
| **Yvette Leisenring** | $ | 2,406.32 | $ | 2,406.32 | $ | 4,812.64 |
| **Dorian Quiles-Blaize** | $ | 1,724.56 | $ | 1,724.56 | $ | 3,449.12 |
| **Karen Stambaugh** | $ | 40.85 | $ | 40.85 | $ | 81.70 |
| **Joi Wagner** | $ | 790.69 | $ | 790.69 | $ | 1,581.38 |
| **Nancy Zelno** | $ | 2,866.53 | $ | 2,866.53 | $ | 5,733.06 |
| **Heather Kennedy** | $ | 89.99 | $ | 89.99 | $ | 179.99 |
| **Meghan Smith** | $ | 1,326.39 | $ | 1,326.39 | $ | 2,652.77 |
| **Robbin Zink** | $ | 1,658.59 | $ | 1,658.59 | $ | 3,317.18 |
| **Nichole Gaudio** | $ | 56.71 | $ | 56.71 | $ | 113.42 |
| **Douglas Kubeck** | $ | 274.16 | $ | 274.16 | $ | 548.32 |
| | | | | | | |
| **Total** | $ | 16,187.64 | $ | 16,187.64 | $ | 32,375.28 |

**Schedule A**

Location: Rt. 39

Case ID. 1852107

| Employee | BWs | LD's | Total |
|---|---|---|---|
| Valerie Bond | $ 56.30 | $ 56.30 | $ 112.60 |
| Nadege Berry | $ 30.26 | $ 30.26 | $ 60.51 |
| Delia Eduarte | $ 1,216.93 | $ 1,216.93 | $ 2,433.85 |
| Melissa Graybeal | $ 573.65 | $ 573.65 | $ 1,147.30 |
| Sara Jackson | $ 139.39 | $ 139.39 | $ 278.77 |
| Autumn Johnson | $ 355.61 | $ 355.61 | $ 711.22 |
| Megan Knorr | $ 1,766.43 | $ 1,766.43 | $ 3,532.86 |
| Eri Kwon | $ 223.50 | $ 223.50 | $ 447.01 |
| Margaret Lehn | $ 675.75 | $ 675.75 | $ 1,351.50 |
| Sharon McDougle | $ 1,778.05 | $ 1,778.05 | $ 3,556.10 |
| Brianna Meiklejohn | $ 477.05 | $ 477.05 | $ 954.10 |
| Hillary Newsome | $ 67.95 | $ 67.95 | $ 135.90 |
| Kayla Orris | $ 684.03 | $ 684.03 | $ 1,368.06 |
| Alissa Parker | $ 223.24 | $ 223.24 | $ 446.49 |
| Agnieszka Pisarek | $ 258.01 | $ 258.01 | $ 516.02 |
| Ashley Purnell | $ 207.77 | $ 207.77 | $ 415.54 |
| Misotis Rios | $ 1,683.93 | $ 1,683.93 | $ 3,367.86 |
| Emily Sieber | $ 97.26 | $ 97.26 | $ 194.52 |
| Ena Timeus | $ 322.68 | $ 322.68 | $ 645.37 |
| Leah Thomas | $ 65.06 | $ 65.06 | $ 130.13 |
| Michele Williams | $ 657.62 | $ 657.62 | $ 1,315.24 |
| Emily Zimmerman | $ 671.73 | $ 671.73 | $ 1,343.46 |
| Miranda Meals | $ 56.30 | $ 56.30 | $ 112.60 |
| Mary Modesto | $ 38.41 | $ 38.41 | $ 76.82 |
| Kimberly Szekeres | $ 247.29 | $ 247.29 | $ 494.58 |
| Marian Shireman | $ 215.20 | $ 215.20 | $ 430.41 |
| | | | |
| Total: | $ 12,789.40 | $ 12,789.40 | $ 25,578.81 |

**Schedule A**

**Location: Palmyra**

**Case ID. 1853326**

| Employee | BWs | | LD's | | Total | |
|---|---|---|---|---|---|---|
| Amber Bakke | $ | 80.77 | $ | 80.77 | $ | 161.54 |
| Brynn Bender | $ | 252.45 | $ | 252.45 | $ | 504.90 |
| Evelice Buitrago | $ | 607.62 | $ | 607.62 | $ | 1,215.24 |
| Juana De Paola | $ | 480.76 | $ | 480.76 | $ | 961.52 |
| Alicia Jimenez | $ | 1,792.08 | $ | 1,792.08 | $ | 3,584.16 |
| Louann Keller | $ | 1,888.57 | $ | 1,888.57 | $ | 3,777.14 |
| Samantha Kinney | $ | 526.42 | $ | 526.42 | $ | 1,052.84 |
| Elizabeth Klee | $ | 464.39 | $ | 464.39 | $ | 928.79 |
| Heather Laudenslager | $ | 1,832.88 | $ | 1,832.88 | $ | 3,665.76 |
| Aurelia Martinez | $ | 1,686.21 | $ | 1,686.21 | $ | 3,372.42 |
| Cassandra Nye | $ | 1,723.47 | $ | 1,723.47 | $ | 3,446.93 |
| Ashley Purnell | $ | 843.92 | $ | 843.92 | $ | 1,687.84 |
| Tacey Rettew | $ | 389.88 | $ | 389.88 | $ | 779.76 |
| Rainie Rodgers | $ | 1,135.58 | $ | 1,135.58 | $ | 2,271.16 |
| Jessica Rupich | $ | 1,946.26 | $ | 1,946.26 | $ | 3,892.52 |
| Skilar Scott | $ | 356.65 | $ | 356.65 | $ | 713.30 |
| Lucy Slusser | $ | 988.52 | $ | 988.52 | $ | 1,977.04 |
| Ja'kell Whitehead | $ | 880.37 | $ | 880.37 | $ | 1,760.74 |
| Tara Yordy | $ | 452.38 | $ | 452.38 | $ | 904.77 |
| | | | | | | |
| Total | $ | 18,329.18 | $ | 18,329.18 | $ | 36,658.36 |

**Schedule A**

**Location: West York**

**Case ID. 1842043**

| Employee | BWs | LD's | Total |
|---|---|---|---|
| Leah Mol | $ 995.22 | $ 995.22 | $ 1,990.45 |
| Eryn Green | $ 235.11 | $ 235.11 | $ 470.22 |
| Star Moulton | $ 556.32 | $ 556.32 | $ 1,112.64 |
| Laura Kennedy | $ 1,069.53 | $ 1,069.53 | $ 2,139.06 |
| Rebecca Beck | $ 489.90 | $ 489.90 | $ 979.79 |
| Tammi Eley | $ 1,354.71 | $ 1,354.71 | $ 2,709.43 |
| Destanee Herman | $ 96.80 | $ 96.80 | $ 193.59 |
| Jaimee Holt | $ 1,141.20 | $ 1,141.20 | $ 2,282.40 |
| Danita Blouse | $ 1,418.20 | $ 1,418.20 | $ 2,836.41 |
| Bianca Fontanez | $ 397.00 | $ 397.00 | $ 794.00 |
| Allison Walters | $ 28.68 | $ 28.68 | $ 57.37 |
| Rebecca Tangredi | $ 253.71 | $ 253.71 | $ 507.42 |
| Vanessa Taylor | $ 33.27 | $ 33.27 | $ 66.54 |
| Carissa Stottlemyer | $ 783.61 | $ 783.61 | $ 1,567.21 |
| Elizabeth Rehman | $ 1,034.05 | $ 1,034.05 | $ 2,068.10 |
| Briana Landis | $ 102.51 | $ 102.51 | $ 205.01 |
| Brittany Clishe | $ 1,186.92 | $ 1,186.92 | $ 2,373.83 |
| Trisha Birtles | $ 358.07 | $ 358.07 | $ 716.14 |
| Dalia Berroa | $ 2,028.78 | $ 2,028.78 | $ 4,057.56 |
| Stephanie Springle | $ 1,694.05 | $ 1,694.05 | $ 3,388.10 |
| Cassie Conley | $ 148.68 | $ 148.68 | $ 297.36 |
| Anastacia Behler | $ 124.53 | $ 124.53 | $ 249.05 |
| Darryl Doleman | $ 102.82 | $ 102.82 | $ 205.64 |
| Victoria Neary | $ 463.73 | $ 463.73 | $ 927.46 |
| Melissa Shupp | $ 1,342.65 | $ 1,342.65 | $ 2,685.30 |
| Jasmin Castillo | $ 28.97 | $ 28.97 | $ 57.94 |
| Brittany McFalls | $ 37.13 | $ 37.13 | $ 74.25 |
| Christina Brokus | $ 245.97 | $ 245.97 | $ 491.94 |
| Alexandra Leese | $ 212.02 | $ 212.02 | $ 424.04 |
| Cassandra Moore | $ 275.11 | $ 275.11 | $ 550.21 |
| Jennipher Ralston | $ 109.54 | $ 109.54 | $ 219.09 |
| Nancy Zelno | $ 42.63 | $ 42.63 | $ 85.25 |
| Jessica Alwine | $ 280.13 | $ 280.13 | $ 560.26 |
| Kendra Kelch | $ 35.24 | $ 35.24 | $ 70.47 |
| Nicole Mcelwain | $ 207.05 | $ 207.05 | $ 414.10 |
| Lorraine Keeney | $ 269.22 | $ 269.22 | $ 538.44 |
| Danielle Rebert | $ 192.52 | $ 192.52 | $ 385.04 |
| Bambi Kennedy | $ 184.16 | $ 184.16 | $ 368.31 |
| Tiffany Innerst | $ 59.37 | $ 59.37 | $ 118.74 |
| Total: | $ 19,619.07 | $ 19,619.07 | $ 39,238.14 |

### Schedule A

Location: Hummelstown

Case ID. 1853320

| Employee | BWs | LD's | Total |
|---|---|---|---|
| Briana Anderson | $ 772.30 | $ 772.30 | $ 1,544.59 |
| Angela Borreli | $ 1,207.73 | $ 1,207.73 | $ 2,415.46 |
| Valerie Bond | $ 636.09 | $ 636.09 | $ 1,272.18 |
| Jennifer Charette | $ 129.61 | $ 129.61 | $ 259.22 |
| Brandy Donnelly | $ 1,940.03 | $ 1,940.03 | $ 3,880.06 |
| Victoria Fink | $ 39.44 | $ 39.44 | $ 78.88 |
| Melissa Fullerton | $ 1,954.07 | $ 1,954.07 | $ 3,908.14 |
| Ashley Hilmer | $ 1,850.20 | $ 1,850.20 | $ 3,700.40 |
| Barbara Hilmer | $ 2,205.69 | $ 2,205.69 | $ 4,411.38 |
| Jennifer Hudson | $ 74.97 | $ 74.97 | $ 149.94 |
| Cheyenne Jones | $ 393.38 | $ 393.38 | $ 786.76 |
| Crystalita Lugo-Gouldsbury | $ 70.20 | $ 70.20 | $ 140.39 |
| Lauren Martin | $ 34.56 | $ 34.56 | $ 69.12 |
| Brianna McGarrity | $ 247.27 | $ 247.27 | $ 494.54 |
| Katelyne A Rebuck | $ 487.53 | $ 487.53 | $ 975.06 |
| Damian Peca | $ 1,677.43 | $ 1,677.43 | $ 3,354.86 |
| Alyssa Rivera | $ 2,215.32 | $ 2,215.32 | $ 4,430.64 |
| Serena Taborda | $ 2,471.81 | $ 2,471.81 | $ 4,943.62 |
| Alexis Winters | $ 204.19 | $ 204.19 | $ 408.38 |
| Kierstan Wood | $ 28.96 | $ 28.96 | $ 57.91 |
| Mengmeng Zhang | $ 914.67 | $ 914.67 | $ 1,829.34 |
| Ja'kell Whitehead | $ 160.60 | $ 160.60 | $ 321.21 |
| Jennifer Wood | $ 88.42 | $ 88.42 | $ 176.83 |
| Skylar G Bomgardner | $ 60.79 | $ 60.79 | $ 121.57 |
| Blair Patrick | $ 346.05 | $ 346.05 | $ 692.10 |
| Angelina Spaeder | $ 298.98 | $ 298.98 | $ 597.96 |
| Tara Yordy | $ 188.99 | $ 188.99 | $ 377.98 |
| Total: | $ 20,699.27 | $ 20,699.27 | $ 41,398.55 |

**Schedule A**

**Location: Swatara**

**Case ID. 1853335**

| Employee | BWs | | LD's | | Total | |
|---|---|---|---|---|---|---|
| Miguel Andrade | $ | 67.02 | $ | 67.02 | $ | 134.04 |
| Natalie Brobst | $ | 57.70 | $ | 57.70 | $ | 115.40 |
| Elizabeth Bezy | $ | 244.14 | $ | 244.14 | $ | 488.29 |
| Jennifer Blackston | $ | 1,218.47 | $ | 1,218.47 | $ | 2,436.94 |
| Tiandra Brock | $ | 73.39 | $ | 73.39 | $ | 146.79 |
| Pauline Chamblee | $ | 63.24 | $ | 63.24 | $ | 126.48 |
| Kayla Chapman | $ | 186.76 | $ | 186.76 | $ | 373.52 |
| Geraldine Eaton | $ | 425.80 | $ | 425.80 | $ | 851.60 |
| Kiberly Foulk | $ | 68.70 | $ | 68.70 | $ | 137.41 |
| Rose Houck | $ | 43.47 | $ | 43.47 | $ | 86.94 |
| Alexis Jackson | $ | 908.02 | $ | 908.02 | $ | 1,816.04 |
| Ryan Maloney | $ | 44.55 | $ | 44.55 | $ | 89.09 |
| Jasmine Marshall | $ | 548.12 | $ | 548.12 | $ | 1,096.24 |
| Jena Minton | $ | 354.51 | $ | 354.51 | $ | 709.02 |
| Judith Miller | $ | 2,404.20 | $ | 2,404.20 | $ | 4,808.39 |
| Kristen Pacheco | $ | 1,223.33 | $ | 1,223.33 | $ | 2,446.66 |
| Amanda Robinson | $ | 65.54 | $ | 65.54 | $ | 131.08 |
| Jennifer Salsbury | $ | 259.94 | $ | 259.94 | $ | 519.88 |
| Patricia Simmons | $ | 1,404.40 | $ | 1,404.40 | $ | 2,808.80 |
| Rhoda Sims | $ | 2,254.00 | $ | 2,254.00 | $ | 4,508.00 |
| Tiffany Taylor | $ | 23.12 | $ | 23.12 | $ | 46.23 |
| Maisah Warren | $ | 527.79 | $ | 527.79 | $ | 1,055.58 |
| Williams | $ | 964.42 | $ | 964.42 | $ | 1,928.84 |
| Meredith Womer | $ | 1,427.69 | $ | 1,427.69 | $ | 2,855.39 |
| Stevie Anderson | $ | 232.77 | $ | 232.77 | $ | 465.54 |
| Tiffany Berger | $ | 444.31 | $ | 444.31 | $ | 888.61 |
| | | | $ | - | $ | - |
| Total: | $ | 15,535.40 | $ | 15,535.40 | $ | 31,070.81 |

**Schedule A**

AA to ZZ

| Location | Back wages | LDS |
|---|---|---|
| Queen St | $ 6,774.16 | $ 6,774.16 |
| Schaffner | $ 21,565.88 | $ 21,565.88 |
| Dover | $ 16,187.64 | $ 16,187.64 |
| Rt 39 | $ 12,789.40 | $ 12,789.40 |
| Palmyra | $ 18,329.18 | $ 18,329.18 |
| WY | $ 19,619.06 | $ 19,619.06 |
| Hummelstown | $ 20,699.27 | $ 20,699.27 |
| Swatara | $ 15,535.40 | $ 15,535.40 |
| | | |
| Total | $ 131,500.00 | $ 131,500.00 |

**Schedule A**

**Location: Queen St**
**Case ID. 1853331**

| Employee | BWs | | LD's | | Total | |
|---|---|---|---|---|---|---|
| Rebecca Blakesley | $ | 118.30 | $ | 118.30 | $ | 236.60 |
| Bethany Blevins | $ | 26.10 | $ | 26.10 | $ | 52.20 |
| Gloria Brown | $ | 31.58 | $ | 31.58 | $ | 63.16 |
| Sara Bush | $ | 85.49 | $ | 85.49 | $ | 170.98 |
| Julie Cox | $ | 201.69 | $ | 201.69 | $ | 403.38 |
| Amy Fleming | $ | 1,130.94 | $ | 1,130.94 | $ | 2,261.88 |
| Julie Folkenroth | $ | 188.84 | $ | 188.84 | $ | 377.68 |
| Stacey Frankel | $ | 435.07 | $ | 435.07 | $ | 870.14 |
| Michelle Hamm | $ | 338.80 | $ | 338.80 | $ | 677.60 |
| Katie Hostetler | $ | 36.46 | $ | 36.46 | $ | 72.92 |
| Whitney Leppo | $ | 192.86 | $ | 192.86 | $ | 385.72 |
| Tammy Miller | $ | 155.46 | $ | 155.46 | $ | 310.92 |
| Denise Myers | $ | 206.87 | $ | 206.87 | $ | 413.74 |
| Tammy O'Neil | $ | 732.29 | $ | 732.29 | $ | 1,464.58 |
| Annamarie Pillitteri | $ | 274.79 | $ | 274.79 | $ | 549.58 |
| Jennipher Ralston | $ | 453.25 | $ | 453.25 | $ | 906.50 |
| LaTia Reynolds | $ | 528.66 | $ | 528.66 | $ | 1,057.32 |
| Linda Sentz | $ | 616.54 | $ | 616.54 | $ | 1,233.08 |
| Melinda Steinke | $ | 255.09 | $ | 255.09 | $ | 510.18 |
| Vickie L Wooditch | $ | 765.08 | $ | 765.08 | $ | 1,530.16 |
| | | | | | | |
| Total: | $ | 6,774.16 | $ | 6,774.16 | $ | 13,548.32 |

**Schedule A**

**Location: Schaffner**

**Case ID. 1852109**

| Employee | BWs | | LD's | | Total | |
|---|---|---|---|---|---|---|
| Jennifer Blackston | $ | 25.58 | $ | 25.58 | $ | 51.15 |
| Randi Bateman | $ | 3,334.64 | $ | 3,334.64 | $ | 6,669.27 |
| Ayssa Benevento | $ | 197.80 | $ | 197.80 | $ | 395.59 |
| Ashtyn Blouch | $ | 266.25 | $ | 266.25 | $ | 532.50 |
| Kimberly Buhrer | $ | 354.38 | $ | 354.38 | $ | 708.76 |
| Aubrey Cullen | $ | 60.03 | $ | 60.03 | $ | 120.06 |
| Teisha Eismann | $ | 146.69 | $ | 146.69 | $ | 293.38 |
| Gallman | $ | 1,480.48 | $ | 1,480.48 | $ | 2,960.96 |
| Katie Gaul | $ | 1,677.53 | $ | 1,677.53 | $ | 3,355.06 |
| Gail Hall-Brunner | $ | 368.23 | $ | 368.23 | $ | 736.46 |
| Kasey Howell | $ | 32.13 | $ | 32.13 | $ | 64.26 |
| Shannon Johnson | $ | 364.19 | $ | 364.19 | $ | 728.39 |
| Lily Klos | $ | 53.49 | $ | 53.49 | $ | 106.98 |
| Andrew Knoble | $ | 465.38 | $ | 465.38 | $ | 930.77 |
| Lynn Lee | $ | 640.87 | $ | 640.87 | $ | 1,281.73 |
| Heather Laudenslager | $ | 2,420.05 | $ | 2,420.05 | $ | 4,840.09 |
| Molly Losey | $ | 144.17 | $ | 144.17 | $ | 288.34 |
| Joyce Meacham | $ | 1,258.95 | $ | 1,258.95 | $ | 2,517.90 |
| Jenna Minton | $ | 386.22 | $ | 386.22 | $ | 772.43 |
| Elizabeth Morris | $ | 29.88 | $ | 29.88 | $ | 59.76 |
| Dung Pham | $ | 161.13 | $ | 161.13 | $ | 322.27 |
| Jacqueline Rys | $ | 3,391.65 | $ | 3,391.65 | $ | 6,783.30 |
| Lyndseay Robertson | $ | 479.07 | $ | 479.07 | $ | 958.13 |
| Stephanie Sassani | $ | 2,006.81 | $ | 2,006.81 | $ | 4,013.63 |
| Emily Speck | $ | 150.36 | $ | 150.36 | $ | 300.72 |
| Fabiola Torres-Quevedo | $ | 248.30 | $ | 248.30 | $ | 496.60 |
| Rhonda Sims | $ | 82.94 | $ | 82.94 | $ | 165.88 |
| Stephanie Vargo | $ | 210.67 | $ | 210.67 | $ | 421.34 |
| Myranda Wallish | $ | 400.78 | $ | 400.78 | $ | 801.57 |
| Laura White | $ | 552.62 | $ | 552.62 | $ | 1,105.24 |
| Meredith Womer | $ | 23.62 | $ | 23.62 | $ | 47.24 |
| Emily Willis | $ | 151.00 | $ | 151.00 | $ | 301.99 |
| Total | $ | 21,565.88 | $ | 21,565.88 | $ | 43,131.75 |

**Schedule A**

**Location: Dover**

**Case ID. 1853310**

| Employee | BWs | | LD's | | Total | |
|---|---|---|---|---|---|---|
| Sheila Stewart | $ | 41.97 | $ | 41.97 | $ | 83.94 |
| Christie Bream | $ | 555.73 | $ | 555.73 | $ | 1,111.46 |
| Stacy Compton | $ | 934.81 | $ | 934.81 | $ | 1,869.62 |
| Amy Erb | $ | 1,459.06 | $ | 1,459.06 | $ | 2,918.12 |
| Brandy Crider | $ | 1,318.46 | $ | 1,318.46 | $ | 2,636.92 |
| Renee Hoyme | $ | 642.82 | $ | 642.82 | $ | 1,285.64 |
| Yvette Leisenring | $ | 2,406.32 | $ | 2,406.32 | $ | 4,812.64 |
| Dorian Quiles-Blaize | $ | 1,724.56 | $ | 1,724.56 | $ | 3,449.12 |
| Karen Stambaugh | $ | 40.85 | $ | 40.85 | $ | 81.70 |
| Joi Wagner | $ | 790.69 | $ | 790.69 | $ | 1,581.38 |
| Nancy Zelno | $ | 2,866.53 | $ | 2,866.53 | $ | 5,733.06 |
| Heather Kennedy | $ | 89.99 | $ | 89.99 | $ | 179.99 |
| Meghan Smith | $ | 1,326.39 | $ | 1,326.39 | $ | 2,652.77 |
| Robbin Zink | $ | 1,658.59 | $ | 1,658.59 | $ | 3,317.18 |
| Nichole Gaudio | $ | 56.71 | $ | 56.71 | $ | 113.42 |
| Douglas Kubeck | $ | 274.16 | $ | 274.16 | $ | 548.32 |
| Total | $ | 16,187.64 | $ | 16,187.64 | $ | 32,375.28 |

# Schedule A

**Location: Rt. 39**

**Case ID. 1852107**

| Employee | BWs | | LD's | | Total | |
|---|---|---|---|---|---|---|
| Valerie Bond | $ | 56.30 | $ | 56.30 | $ | 112.60 |
| Nadege Berry | $ | 30.26 | $ | 30.26 | $ | 60.51 |
| Delia Eduarte | $ | 1,216.93 | $ | 1,216.93 | $ | 2,433.85 |
| Melissa Graybeal | $ | 573.65 | $ | 573.65 | $ | 1,147.30 |
| Sara Jackson | $ | 139.39 | $ | 139.39 | $ | 278.77 |
| Autumn Johnson | $ | 355.61 | $ | 355.61 | $ | 711.22 |
| Megan Knorr | $ | 1,766.43 | $ | 1,766.43 | $ | 3,532.86 |
| Eri Kwon | $ | 223.50 | $ | 223.50 | $ | 447.01 |
| Margaret Lehn | $ | 675.75 | $ | 675.75 | $ | 1,351.50 |
| Sharon McDougle | $ | 1,778.05 | $ | 1,778.05 | $ | 3,556.10 |
| Brianna Meiklejohn | $ | 477.05 | $ | 477.05 | $ | 954.10 |
| Hillary Newsome | $ | 67.95 | $ | 67.95 | $ | 135.90 |
| Kayla Orris | $ | 684.03 | $ | 684.03 | $ | 1,368.06 |
| Alissa Parker | $ | 223.24 | $ | 223.24 | $ | 446.49 |
| Agnieszka Pisarek | $ | 258.01 | $ | 258.01 | $ | 516.02 |
| Ashley Purnell | $ | 207.77 | $ | 207.77 | $ | 415.54 |
| Misotis Rios | $ | 1,683.93 | $ | 1,683.93 | $ | 3,367.86 |
| Emily Sieber | $ | 97.26 | $ | 97.26 | $ | 194.52 |
| Ena Timeus | $ | 322.68 | $ | 322.68 | $ | 645.37 |
| Leah Thomas | $ | 65.06 | $ | 65.06 | $ | 130.13 |
| Michele Williams | $ | 657.62 | $ | 657.62 | $ | 1,315.24 |
| Emily Zimmerman | $ | 671.73 | $ | 671.73 | $ | 1,343.46 |
| Miranda Meals | $ | 56.30 | $ | 56.30 | $ | 112.60 |
| Mary Modesto | $ | 38.41 | $ | 38.41 | $ | 76.82 |
| Kimberly Szekeres | $ | 247.29 | $ | 247.29 | $ | 494.58 |
| Marian Shireman | $ | 215.20 | $ | 215.20 | $ | 430.41 |
| **Total:** | $ | 12,789.40 | $ | 12,789.40 | $ | 25,578.81 |

**Schedule A**

**Location: Palmyra**
**Case ID. 1853326**

| Employee | BWs | | LD's | | Total | |
|---|---|---|---|---|---|---|
| Amber Bakke | $ | 80.77 | $ | 80.77 | $ | 161.54 |
| Brynn Bender | $ | 252.45 | $ | 252.45 | $ | 504.90 |
| Evelice Buitrago | $ | 607.62 | $ | 607.62 | $ | 1,215.24 |
| Juana De Paola | $ | 480.76 | $ | 480.76 | $ | 961.52 |
| Alicia Jimenez | $ | 1,792.08 | $ | 1,792.08 | $ | 3,584.16 |
| Louann Keller | $ | 1,888.57 | $ | 1,888.57 | $ | 3,777.14 |
| Samantha Kinney | $ | 526.42 | $ | 526.42 | $ | 1,052.84 |
| Elizabeth Klee | $ | 464.39 | $ | 464.39 | $ | 928.79 |
| Heather Laudenslager | $ | 1,832.88 | $ | 1,832.88 | $ | 3,665.76 |
| Aurelia Martinez | $ | 1,686.21 | $ | 1,686.21 | $ | 3,372.42 |
| Cassandra Nye | $ | 1,723.47 | $ | 1,723.47 | $ | 3,446.93 |
| Ashley Purnell | $ | 843.92 | $ | 843.92 | $ | 1,687.84 |
| Tacey Rettew | $ | 389.88 | $ | 389.88 | $ | 779.76 |
| Rainie Rodgers | $ | 1,135.58 | $ | 1,135.58 | $ | 2,271.16 |
| Jessica Rupich | $ | 1,946.26 | $ | 1,946.26 | $ | 3,892.52 |
| Skilar Scott | $ | 356.65 | $ | 356.65 | $ | 713.30 |
| Lucy Slusser | $ | 988.52 | $ | 988.52 | $ | 1,977.04 |
| Ja'kell Whitehead | $ | 880.37 | $ | 880.37 | $ | 1,760.74 |
| Tara Yordy | $ | 452.38 | $ | 452.38 | $ | 904.77 |
| | | | | | | |
| Total | $ | 18,329.18 | $ | 18,329.18 | $ | 36,658.36 |

**Schedule A**

Location: West York

Case ID. 1842043

| Employee | BWs | | LD's | | Total | |
|---|---|---|---|---|---|---|
| Leah Mol | $ | 995.22 | $ | 995.22 | $ | 1,990.45 |
| Eryn Green | $ | 235.11 | $ | 235.11 | $ | 470.22 |
| Star Moulton | $ | 556.32 | $ | 556.32 | $ | 1,112.64 |
| Laura Kennedy | $ | 1,069.53 | $ | 1,069.53 | $ | 2,139.06 |
| Rebecca Beck | $ | 489.90 | $ | 489.90 | $ | 979.79 |
| Tammi Eley | $ | 1,354.71 | $ | 1,354.71 | $ | 2,709.43 |
| Destanee Herman | $ | 96.80 | $ | 96.80 | $ | 193.59 |
| Jaimee Holt | $ | 1,141.20 | $ | 1,141.20 | $ | 2,282.40 |
| Danita Blouse | $ | 1,418.20 | $ | 1,418.20 | $ | 2,836.41 |
| Bianca Fontanez | $ | 397.00 | $ | 397.00 | $ | 794.00 |
| Allison Walters | $ | 28.68 | $ | 28.68 | $ | 57.37 |
| Rebecca Tangredi | $ | 253.71 | $ | 253.71 | $ | 507.42 |
| Vanessa Taylor | $ | 33.27 | $ | 33.27 | $ | 66.54 |
| Carissa Stottlemyer | $ | 783.61 | $ | 783.61 | $ | 1,567.21 |
| Elizabeth Rehman | $ | 1,034.05 | $ | 1,034.05 | $ | 2,068.10 |
| Briana Landis | $ | 102.51 | $ | 102.51 | $ | 205.01 |
| Brittany Clishe | $ | 1,186.92 | $ | 1,186.92 | $ | 2,373.83 |
| Trisha Birtles | $ | 358.07 | $ | 358.07 | $ | 716.14 |
| Dalia Berroa | $ | 2,028.78 | $ | 2,028.78 | $ | 4,057.56 |
| Stephanie Springle | $ | 1,694.05 | $ | 1,694.05 | $ | 3,388.10 |
| Cassie Conley | $ | 148.68 | $ | 148.68 | $ | 297.36 |
| Anastacia Behler | $ | 124.53 | $ | 124.53 | $ | 249.05 |
| Darryl Doleman | $ | 102.82 | $ | 102.82 | $ | 205.64 |
| Victoria Neary | $ | 463.73 | $ | 463.73 | $ | 927.46 |
| Melissa Shupp | $ | 1,342.65 | $ | 1,342.65 | $ | 2,685.30 |
| Jasmin Castillo | $ | 28.97 | $ | 28.97 | $ | 57.94 |
| Brittany McFalls | $ | 37.13 | $ | 37.13 | $ | 74.25 |
| Christina Brokus | $ | 245.97 | $ | 245.97 | $ | 491.94 |
| Alexandra Leese | $ | 212.02 | $ | 212.02 | $ | 424.04 |
| Cassandra Moore | $ | 275.11 | $ | 275.11 | $ | 550.21 |
| Jennipher Ralston | $ | 109.54 | $ | 109.54 | $ | 219.09 |
| Nancy Zelno | $ | 42.63 | $ | 42.63 | $ | 85.25 |
| Jessica Alwine | $ | 280.13 | $ | 280.13 | $ | 560.26 |
| Kendra Kelch | $ | 35.24 | $ | 35.24 | $ | 70.47 |
| Nicole Mcelwain | $ | 207.05 | $ | 207.05 | $ | 414.10 |
| Lorraine Keeney | $ | 269.22 | $ | 269.22 | $ | 538.44 |
| Danielle Rebert | $ | 192.52 | $ | 192.52 | $ | 385.04 |
| Bambi Kennedy | $ | 184.16 | $ | 184.16 | $ | 368.31 |
| Tiffany Innerst | $ | 59.37 | $ | 59.37 | $ | 118.74 |
| Total: | $ | 19,619.07 | $ | 19,619.07 | $ | 39,238.14 |

**Schedule A**

**Location: Hummelstown**

**Case ID. 1853320**

| Employee | BWs | | LD's | | Total | |
|---|---|---|---|---|---|---|
| Briana Anderson | $ | 772.30 | $ | 772.30 | $ | 1,544.59 |
| Angela Borreli | $ | 1,207.73 | $ | 1,207.73 | $ | 2,415.46 |
| Valerie Bond | $ | 636.09 | $ | 636.09 | $ | 1,272.18 |
| Jennifer Charette | $ | 129.61 | $ | 129.61 | $ | 259.22 |
| Brandy Donnelly | $ | 1,940.03 | $ | 1,940.03 | $ | 3,880.06 |
| Victoria Fink | $ | 39.44 | $ | 39.44 | $ | 78.88 |
| Melissa Fullerton | $ | 1,954.07 | $ | 1,954.07 | $ | 3,908.14 |
| Ashley Hilmer | $ | 1,850.20 | $ | 1,850.20 | $ | 3,700.40 |
| Barbara Hilmer | $ | 2,205.69 | $ | 2,205.69 | $ | 4,411.38 |
| Jennifer Hudson | $ | 74.97 | $ | 74.97 | $ | 149.94 |
| Cheyenne Jones | $ | 393.38 | $ | 393.38 | $ | 786.76 |
| Crystalita Lugo-Gouldsbury | $ | 70.20 | $ | 70.20 | $ | 140.39 |
| Lauren Martin | $ | 34.56 | $ | 34.56 | $ | 69.12 |
| Brianna McGarrity | $ | 247.27 | $ | 247.27 | $ | 494.54 |
| Katelyne A Rebuck | $ | 487.53 | $ | 487.53 | $ | 975.06 |
| Damian Peca | $ | 1,677.43 | $ | 1,677.43 | $ | 3,354.86 |
| Alyssa Rivera | $ | 2,215.32 | $ | 2,215.32 | $ | 4,430.64 |
| Serena Taborda | $ | 2,471.81 | $ | 2,471.81 | $ | 4,943.62 |
| Alexis Winters | $ | 204.19 | $ | 204.19 | $ | 408.38 |
| Kierstan Wood | $ | 28.96 | $ | 28.96 | $ | 57.91 |
| Mengmeng Zhang | $ | 914.67 | $ | 914.67 | $ | 1,829.34 |
| Ja'kell Whitehead | $ | 160.60 | $ | 160.60 | $ | 321.21 |
| Jennifer Wood | $ | 88.42 | $ | 88.42 | $ | 176.83 |
| Skylar G Bomgardner | $ | 60.79 | $ | 60.79 | $ | 121.57 |
| Blair Patrick | $ | 346.05 | $ | 346.05 | $ | 692.10 |
| Angelina Spaeder | $ | 298.98 | $ | 298.98 | $ | 597.96 |
| Tara Yordy | $ | 188.99 | $ | 188.99 | $ | 377.98 |
| Total: | $ | 20,699.27 | $ | 20,699.27 | $ | 41,398.55 |

**Schedule A**

**Location: Swatara**

**Case ID. 1853335**

| Employee | BWs | | LD's | | Total | |
|---|---|---|---|---|---|---|
| Miguel Andrade | $ | 67.02 | $ | 67.02 | $ | 134.04 |
| Natalie Brobst | $ | 57.70 | $ | 57.70 | $ | 115.40 |
| Elizabeth Bezy | $ | 244.14 | $ | 244.14 | $ | 488.29 |
| Jennifer Blackston | $ | 1,218.47 | $ | 1,218.47 | $ | 2,436.94 |
| Tiandra Brock | $ | 73.39 | $ | 73.39 | $ | 146.79 |
| Pauline Chamblee | $ | 63.24 | $ | 63.24 | $ | 126.48 |
| Kayla Chapman | $ | 186.76 | $ | 186.76 | $ | 373.52 |
| Geraldine Eaton | $ | 425.80 | $ | 425.80 | $ | 851.60 |
| Kiberly Foulk | $ | 68.70 | $ | 68.70 | $ | 137.41 |
| Rose Houck | $ | 43.47 | $ | 43.47 | $ | 86.94 |
| Alexis Jackson | $ | 908.02 | $ | 908.02 | $ | 1,816.04 |
| Ryan Maloney | $ | 44.55 | $ | 44.55 | $ | 89.09 |
| Jasmine Marshall | $ | 548.12 | $ | 548.12 | $ | 1,096.24 |
| Jena Minton | $ | 354.51 | $ | 354.51 | $ | 709.02 |
| Judith Miller | $ | 2,404.20 | $ | 2,404.20 | $ | 4,808.39 |
| Kristen Pacheco | $ | 1,223.33 | $ | 1,223.33 | $ | 2,446.66 |
| Amanda Robinson | $ | 65.54 | $ | 65.54 | $ | 131.08 |
| Jennifer Salsbury | $ | 259.94 | $ | 259.94 | $ | 519.88 |
| Patricia Simmons | $ | 1,404.40 | $ | 1,404.40 | $ | 2,808.80 |
| Rhoda Sims | $ | 2,254.00 | $ | 2,254.00 | $ | 4,508.00 |
| Tiffany Taylor | $ | 23.12 | $ | 23.12 | $ | 46.23 |
| Maisah Warren | $ | 527.79 | $ | 527.79 | $ | 1,055.58 |
| Williams | $ | 964.42 | $ | 964.42 | $ | 1,928.84 |
| Meredith Womer | $ | 1,427.69 | $ | 1,427.69 | $ | 2,855.39 |
| Stevie Anderson | $ | 232.77 | $ | 232.77 | $ | 465.54 |
| Tiffany Berger | $ | 444.31 | $ | 444.31 | $ | 888.61 |
| | | | $ | - | $ | - |
| | | | | | | |
| Total: | $ | 15,535.40 | $ | 15,535.40 | $ | 31,070.81 |