IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EUGENE SCALIA,<br>SECRETARY OF LABOR,<br>UNITED STATES DEPARTMENT OF LABOR,<br><br>        Plaintiff,<br><br>    v.<br><br>AA TO ZZ CHILD CARE AND LEARNING<br>CENTER, INC.<br>d/b/a AA TO ZZ CHILD CARE, a corporation;<br>ASHLEIGH ZIMMERMAN and<br>RYAN ZIMMERMAN<br><br><br>        Defendants. | Civil Action No. 19-00372 |

**NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT**

A Consent Judgment was entered for the Plaintiff, US Department of Labor and against Defendants AA to ZZ Childcare and Learning Center, Inc., Ashleigh Zimmerman and Ryan Zimmerman, (hereinafter referred to as "Defendants"), on June 30, 2020. The monetary portion of the Judgment ordered Defendants to pay, in aggregate, $300,000, to the Department of Labor. Plaintiff hereby acknowledges that Defendants have fully satisfied the monetary potion of the Judgment as set forth above.

Respectfully submitted,

        Kate S. O'Scannlain
        Solicitor of Labor

        Oscar L. Hampton III
        Regional Solicitor

        By: */s/ M. del Pilar Castillo*
        M. del Pilar Castillo
        PA ID # 311251
        Office of the Solicitor, Region III
        1835 Market Street , Mailstop SOL/22
        Philadelphia, PA 19103
        215-861-5186
        Castillo.m.pilar@dol.gov

        U.S. DEPARTMENT OF LABOR

Date: November 5, 2020

## CERTIFICATE OF SERVICE

I certify that on November 5, 2020, I electronically filed the foregoing *Notice of Satisfaction of Monetary Portion of Judgment* with the Clerk of Court by using the CM/ECF system, which will provide notice and an electronic link to this document to the following attorneys of record:

Michael Follett
Mfollett@naulty.com
Gerard Smith
JSmith@naulty.com

                                              */s/ M. del Pilar Castillo*
                                              M. del Pilar Castillo